THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GLEN MCCANN and ESTERA MCCANN, individually and the marital community comprised thereof,<br><br>                Plaintiffs,<br>    v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign corporation,<br><br>                Defendant. | CASE NO. C20-0807-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the notice of settlement filed by Plaintiffs (Dkt. No. 25). According to the notice, the parties have agreed to settle all claims asserted in this lawsuit. (*Id.*) Within 60 days of the date of this order, the parties must file a stipulated dismissal or a joint status report. The Clerk is DIRECTED to vacate the trial date and case management deadlines, terminate all pending motions, and statistically close this case pending the parties' completion of the settlement.

//

//

MINUTE ORDER
C20-0807-JCC
PAGE - 1

1    DATED this 27th day of May 2021.

                                         William M. McCool
                                         Clerk of Court

                                         s/Paula McNabb
                                         Deputy Clerk

MINUTE ORDER
C20-0807-JCC
PAGE - 2